```
Michael J. McCormick – SBN 485749
McCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
Telephone: 770-643-7200
Facsimile: 770-643-4176

Attorney for Secured Creditors
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| In re: | Case No.: 07-42789 |
| | Chapter: 13 |
| CAROL SUE STOCKMAN | |
| | NOTICE OF APPEARANCE AND |
| Debtor. | REQUEST FOR SPECIAL NOTICE |

TO THE COURT, THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE DEBTOR, THE DEBTOR'S ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND THE UNITED STATES TRUSTEE:

The undersigned files this Notice of Appearance as attorney for Secured Creditors Countrywide Home Loans, Inc.; (collectively hereafter as "Creditors") in accordance with Bankruptcy Rule 9010(b) and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, including all notices required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the attorney for Creditors at the address listed below:

1
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

McCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

and to the loan servicing agent for the Creditors at:

MR Default Services, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

Dated: September 25, 2007                    Respectfully Submitted

                                             McCALLA RAYMER, LLC


                                             /S/    Michael J. McCormick
                                             Michael J. McCormick, Attorney for
                                             Secured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

In re:                                    Case No.: 07-42789
                                          Chapter: 13
CAROL SUE STOCKMAN
                                          NOTICE OF APPEARANCE AND
            Debtor.                       REQUEST FOR SPECIAL NOTICE

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 25th day of September, 2007.

<u>Debtor's Attorney</u>

Patrick L. Forte, Esq.
1 Kaiser Plaza
#480
Oakland, CA 94612

<u>Chapter 13 Trustee</u>

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

<u>US TRUSTEE</u>

OFFICE OF THE UNITED STATES TRUSTEE
235 PINE STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104-3401

                        Respectfully submitted,
                        McCALLA RAYMER, LLC

                        /s/ Michael J. McCormick
                        _____
                        Michael J. McCormick, Esq. Georgia Bar No. 485749
                        1544 Old Alabama Road
                        Roswell, Georgia 30076-2102
                        770-643-7200/770-643-4176 Fax

3
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
Case: 07-42789   Doc# 11   Filed: 09/25/07   Entered: 09/25/07 08:06:29   Page 3 of 3