UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| In re:<br><br>CAROL SUE STOCKMAN<br><br><br><br>          Debtor. | Case No.: 07-42789<br>Chapter: 13<br><br><br>REQUEST FOR SPECIAL NOTICE |

TO THE COURT, THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE DEBTOR, THE DEBTOR'S ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND THE U.S. TRUSTEE:

The undersigned files this Request for Special Notice as authorized agent on behalf of Secured Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.; (hereinafter referred to as "Creditor") pursuant to Bankruptcy Rule 2002(g) and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, as required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the agent for Creditor at the address listed below:

>     BAC Home Loans Servicing, L.P. fka Countrywide Home Loans
>     Servicing, L.P.
>     c/o McCALLA RAYMER, LLC
>     Bankruptcy Department
>     1544 Old Alabama Road
>     Roswell, Georgia 30076

Dated: August 10, 2010

>     Respectfully Submitted
>     McCALLA RAYMER, LLC
>
>     /S/Deborah Conley
>     Deborah Conley
>     Authorized Agent for Secured Creditor
>     1544 Old Alabama Road
>     Roswell, GA 30076
>     Phone: 678-281-3938 / Fax: 866-720-0234

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                           (OAKLAND DIVISION)
```

| In re: | Case No.: 07-42789 |
|---|---|
| CAROL SUE STOCKMAN | Chapter: 13 |
| | CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE |
| Debtor. | |

                        CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Special Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 10th day of August, 2010.

Debtor's Attorney

Patrick L. Forte, Esq.
Law Offices of Patrick L. Forte
1 Kaiser Plaza#480
Oakland, CA 94612

Chapter 13 Trustee

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

US TRUSTEE

OFFICE OF THE UNITED STATES TRUSTEE
1301 CLAY STREET, SUITE 690N
OAKLAND, CALIFORNIA 94612-5217


/s/Deborah Conley
Deborah Conley, Esq. Georgia Bar No. 181171
1544 Old Alabama Road
Roswell, Georgia  30076-2102
Phone: 678-281-3938 / Fax: 866-720-0234